# United States Court of Appeals for the Federal Circuit

June 21, 2010

**ERRATA**

Appeal No. 2009-1571

MICHAEL SIMON DESIGN, INC., TRU 8, INC. (doing business as Arriviste), and TARGET STORES, a division of Target Corporation,
Plaintiffs-Appellants,

v.

UNITED STATES,
Defendant-Appellee.

Decided:  June 18, 2010
Precedential Opinion

Please make the following changes:

Page 1, change "Mikki Cottet" as arguing attorney to "Patricia M. McCarthy".

Page 2, change "Kark S. Von Shriltz" to "Karl S. Von Shriltz".